IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   10-cr-00328-JLK

UNITED STATES OF AMERICA,

      Plaintiff,
vs.

RICK J. SILL,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:   April 18, 2012**

The Preliminary and Detention Hearing set on April 19, 2012 at 2:00 p.m. is

**VACATED** and rescheduled to April 19, 2012 at **3:30 p.m**.

Preliminary and Detention Hearing will be before U.S. Magistrate Judge Gudrun

J. Rice in Grand Junction, Colorado.